FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 2 6 2020

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 20-708KWR |
| vs. | ) Counts 1 and 2: 18 U.S.C. § 242: Deprivation of Rights; |
| **ANTHONY BUNTYN**, | ) Count 3: 18 U.S.C. § 1512(b)(3): Tampering With a Witness, Victim or an Informant. |
| Defendant. | ) |

INDICTMENT

The Grand Jury Charges:

Introduction

At all times relevant to this indictment:

1. The defendant, **ANTHONY BUNTYN**, worked as a prisoner transport officer for Prisoner Transportation Services of America ("PTS"), a company that local jails and prisons throughout the United States would hire to transport detainees who had been arrested pursuant to out-of-state warrants and needed to be transported back to the states issuing the warrants.

2. **ANTHONY BUNTYN** was in charge of a prison transport from on or about March 18, 2017, through March 30, 2017, that traveled from Tennessee through the western United States, and back to Tennessee.

3. By the time the prison transport reached Socorro County, New Mexico, **ANTHONY BUNTYN** was responsible for nine detainees and one federal inmate.

4. W.Y., A.S., S.K., and J.P. were four of the detainees entrusted to **ANTHONY BUNTYN's** care in his official capacity as a prisoner transport officer.

5. Paragraphs one through four are incorporated by reference in the counts below.

### Count 1

On or about March 26, 2017, in Socorro County, in the District of New Mexico, the defendant, **ANTHONY BUNTYN**, while acting under color of law, willfully deprived detainee W.Y. of the right, secured and protected by the Constitution and laws of the United States, to be free from deprivation of liberty without due process of law, which includes the right to be free from unreasonable force from a prisoner transport officer. Specifically, Defendant **ANTHONY BUNTYN** repeatedly tased detainee W.Y., without legal justification, while W.Y. was handcuffed. This offense involved the use of a dangerous weapon and resulted in bodily injury to W.Y.

In violation of 18 U.S.C. § 242.

### Count 2

On or about March 26, 2017, in Socorro County, in the District of New Mexico, and elsewhere, the defendant, **ANTHONY BUNTYN**, while acting under color of law, willfully deprived detainees, including detainees A.S., W.Y., S.K., and J.P., and other detainees being transported in the PTS van, of the right, secured and protected by the Constitution and laws of the United States, to be free from deprivation of liberty without due process of law, which includes the right to be free from a prison transport officer's deliberate indifference to conditions of confinement that pose a substantial risk of serious harm to detainee health or safety. This offense resulted in bodily injury to detainees A.S., W.Y., S.K., and J.P.

In violation of 18 U.S.C. § 242.

Count 3

Between on or about March 26, 2017, and March 29, 2017, in the District of New Mexico and elsewhere, the defendant, **ANTHONY BUNTYN**, did knowingly use intimidation against and threaten another person, and attempted to use intimidation against and threaten another person, with the intent to hinder, delay, and prevent the communication to a federal law enforcement officer of truthful information relating to the commission and possible commission of a federal offense. Specifically, **ANTHONY BUNTYN** knowingly used intimidation against and threatened, and attempted to use intimidation against and threaten, detainees being transported in the PTS van with retaliation if they reported the conduct described in Counts One and Two, which occurred in the District of New Mexico.

In violation of 18 U.S.C. §1512(b)(3).

A TRUE BILL

/s/_____
FOREPERSON OF THE GRAND JURY

JOHN C. ANDERSON
United States Attorney

*K. Brawley* (signature)

KIMBERLY BRAWLEY
Assistant United States Attorney


ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division, U.S. Department of Justice

3

_____
ZACHARY DEMBO
Trial Attorney
Criminal Section, Civil Rights Division

_____
LAURA GILSON
Trial Attorney
Criminal Section, Civil Rights Division

_____
Assistant United States Attorney
JMG   02/21/20  11:27AM

4